**Order entered August 5, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00298-CV

## VENKY VENKATRAMAN, Appellant

## V.

## STEPHEN D. SKINNER, ET AL., Appellees

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-04-11968-V

### ORDER

Before the Court is appellant's August 4, 2022 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 9, 2022**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE